| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, USVI Bar #766 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DANIEL ZEPEDA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08-CR-00299 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING HEARING; AND |
| v. | ) ORDER THEREON |
| | ) |
| DANIEL ZEPEDA, | ) Date: April 6, 2009 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |
| | ) |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now scheduled for March 23, 2009, **may be continued to April 6, 2009, at 9:00 a.m.**

Defense counsel needs to travel on the morning of March 23, 2009 to return from an out-of-state funeral.

The parties are negotiating to resolve sentencing objections and hope to prevent the need for any contested issues at the sentencing hearing.

The requested continuance will conserve time and resources for both counsel and the court.

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the
2    interests of justice herein for effective defense preparation pursuant to 18 U.S.C.
3    §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: March 10, 2009          By  /s/ Laurel Jackson Montoya
                                   LAUREL JACKSON MONTOYA
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED: March 10, 2009          By  /s/ Douglas Beevers
                                   DOUGLAS BEEVERS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   DANIEL ZEPEDA

## ORDER

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 10, 2009**              /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE