| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, USVI Bar #766 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DANIEL ZEPEDA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08-CR-00299 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING HEARING; AND ORDER |
| v. | ) THEREON |
| DANIEL ZEPEDA, | ) Date: May 4, 2009 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now scheduled for April 6, 2009, **may be continued to May 4, 2009, at 9:00 a.m.**

Defendant needs time to obtain a medical report from recent neurologist examinations by Dr. Mythilia Sunderson. The government does not object to this continuance.

The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: April 1, 2009    By   /s/ Laurel Jackson Montoya
LAUREL JACKSON MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 1, 2009    By   /s/ Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
DANIEL ZEPEDA

## ORDER

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 3, 2009**            /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE