```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, USVI Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  DANIEL ZEPEDA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-CR-00299 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER THEREON |
| v. | |
| DANIEL ZEPEDA, | Date: June 22, 2009<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now scheduled for May 26, 2009, **may be continued to June 22, 2009, at 9:00 a.m.**

This continuance is being requested by defense counsel for the following reasons: 1) The parties are negotiating on resolving objections to the pre-sentence report.  2) The defendant has ongoing medical appointments for neurological problems and pathological obesity which are relevant for sentencing.  3) Defense counsel believes appointing a second counsel to advise regarding a possible motion to withdraw from the plea would be helpful in this case.  AUSA Laurel Montoya has no objections to this continuance.

The requested continuance will conserve time and resources for both counsel and the court.

1 | The parties agree that the delay resulting from the continuance shall be excluded in the
2 | interests of justice herein for effective defense preparation pursuant to 18 U.S.C.
3 | §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: May 20, 2009    By  /s/ Laurel Jackson Montoya
LAUREL JACKSON MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: May 20, 2009    By  /s/ Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
DANIEL ZEPEDA

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 22, 2009**        /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE