DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, U.S. V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DANIEL ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-CR-00299 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |
| v. | |
| DANIEL ZEPEDA, | Date:  July 27, 2009<br>Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL JACKSON MONTOYA, Assistant United States Attorney, and DOUGLAS J. BEEVERS, Assistant Federal Defender, counsel for Defendant, Daniel Zepeda, that the date for sentencing may be continued to July 27, 2009. **The date currently set for sentencing is June 22, 2009, at 9:00 a.m. The requested new date is July 27, 2009, at 9:00 a.m. or the soonest date thereafter that is convenient to the court.**

This continuance is at the request of counsel for the defendant and for the government.  Defense counsel is consulting with attorney David Torres in this matter.   Mr. Torres is currently in a trial that will last through the end of June.  He needs additional time to review the discovery and meet with our client. Additionally, this case is being reassigned to a different prosecutor, Elana Landau,  and the requested continuance will allow her time to review the case and provide the defense a plea offer prior to the next hearing.  The requested continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                            LAWRENCE G. BROWN
                                            Acting United States Attorney

DATED: June 18, 2009                By:  /s/   Laurel Jackson Montoya
                                                LAUREL JACKSON MONTOYA
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

DATED: June 18, 2009                By:  /s/   Douglas J. Beevers
                                                DOUGLAS J. BEEVERS
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                Daniel Zepeda

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 18, 2009**                          /s/ **Anthony W. Ishii**
                                                      CHIEF UNITED STATES DISTRICT JUDGE