# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUN 1 9 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** <br> vs. <br> Daniel Alberto Zepeda | Case No. 08-CR-0299 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Daniel Alberto Zepeda___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Removing Home Detention with electronic monitoring & replacing it with the following. You shall participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon their ability to pay as determined by the Pretrial Services Officer - **CURFEW:** You are restricted to your residence everyday from 5 pm to 9 am or as directed by the Pretrial Services Officer. All other conditions not in conflict remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    6-16-09         _____    6-16-09
Signature of Defendant      Date             Pretrial Services Officer   Date
Daniel Alberto Zepeda                        Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                       6/19/2009
Signature of Assistant United States Attorney   Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                       6/18/09
Signature of Defense Counsel                   Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___6/19/09___
☐ The above modification of conditions of release is *not* ordered.

_____                       6/19/09
Signature of Judicial Officer                  Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services