DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DANIEL ZEPEDA,<br><br>            Defendant. | No. Cr. F 08-299 AWI<br><br>**STIPULATED REQUEST AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br><br>Judge:  Hon. ANTHONY W. ISHII |

    Defendant, DANIEL ZEPEDA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney ELANA LANDAU, hereby stipulate as follows:

    1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.   The sentencing range applicable to Mr. Zepeda was subsequently lowered by the United States Sentencing Commission in Amendment 750;

1      3.   Accordingly, Mr. Zepeda's adjusted offense level has been
2  reduced from 31 to 30, and a sentence at the low end of the new
3  guideline range with a departure comparable to the 33% reduction he
4  received at the original sentencing would be 65 months;

5      4.   Mr. Zepeda merits a reduction in his sentence based on the
6  factors listed in 18 U.S.C. § 3553(a), as well as considerations of
7  public safety and Mr. Zepeda's positive post-sentencing conduct;

8      5.   Accordingly, the parties request the court to enter the order
9  lodged herewith reducing Mr. Zepeda's term of imprisonment to an
10 aggregate term of 65 months on all counts.

11 Dated:  December 1, 2011
12 Respectfully submitted,

13 BENJAMIN WAGNER                          DANIEL J. BRODERICK
   United States Attorney                   Federal Defender
14
15
    /s/ *Elana Landau*                         /s/ *David M. Porter*
16 ELANA LANDAU                             DAVID M. PORTER
   Assistant U.S. Attorney                  Assistant Federal Defender
17
   Attorney for Plaintiff                   Attorney for Movant
18 UNITED STATES OF AMERICA                 DANIEL ZEPEDA

19                                      **ORDER**

20    This matter came before the Court on the pro se motion of the
21 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2)
22 filed August 12, 2011.

23    On December 7, 2009, this Court sentenced Mr. Zepeda to a term of
24 imprisonment of 84 months.  The parties agree, and the Court finds,
25 that Mr. Zepeda is entitled to the benefit of the retroactive amendment
26 reducing crack cocaine penalties, which reduces the applicable offense
27 level from 31 to 30.

28    IT IS HEREBY ORDERED that the term of imprisonment originally

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

1  imposed is reduced to an aggregate term of 65 months on all counts;
2       IT IS FURTHER ORDERED that all other terms and provisions of the
3  original judgment remain in effect.
4       Unless otherwise ordered, Mr. Zepeda shall report to the United
5  States Probation office closest to the release destination within
6  seventy-two hours after his release.
7  IT IS SO ORDERED.
8
   Dated:     December 2, 2011            _____
9                                         CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-