DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
DANIEL ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. F 08-299 AWI |
| Plaintiff, | **REQUEST FOR APPOINTMENT OF COUNSEL; ORDER** |
| v. | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| DANIEL ZEPEDA, | |
| Defendant. | Judge: Hon. ANTHONY W. ISHII |

    Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, DANIEL ZEPEDA, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his stipulated motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed December 1, 2011. Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

    Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the

---

[*] Mr. Zepeda has authorized the undersigned to file this application on his behalf, and his financial affidavit is attached hereto.

motion. Because Mr. Zepeda's substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Accordingly, Mr. Zepeda requests the Court issue the order lodged herewith.

Dated:   December 1, 2011

>Respectfully submitted,
>
>DANIEL J. BRODERICK
>Federal Defender
>
>    /s/ *David M. Porter*
>DAVID M. PORTER
>Assistant Federal Defender
>
>Seeking Appointment as Attorney for Movant
>DANIEL ZEPEDA

## **O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

IT IS SO ORDERED.

Dated:     December 2, 2011                        _____
                                        CHIEF UNITED STATES DISTRICT JUDGE

REQUEST FOR APPOINTMENT OF COUNSEL
-2-