Case 1:08-cr-00299-AWI   Document 52   Filed 12/09/11   Page 1 of 1

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Eastern  District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| DANIEL ZEPEDA | ) |
| | ) |
| Date of Original Judgment: December 7, 2009 | ) |
| Date of Previous Amended Judgment: _____ | ) |
| *(Use Date of Last Amended Judgment if Any)* | |

Case No:   1:08-CR-00299 AWI

USM No:   64164-097

David M. Porter
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant   ☐  the Director of the Bureau of Prisons   ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐  DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 84 _____ months **is reduced to** _____ 65 months _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   December 7, 2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   12/8/2011

/s/ Anthony W. Ishii
*Judge's signature*

Effective Date: _____
*(if different from order date)*

United States District Judge
*Printed name and title*