AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:08-cr-00299-AWI   Document 52   Filed 12/09/11   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>DANIEL ZEPEDA | Case No: 1:08-CR-00299 AWI<br>USM No: 64164-097 |
| Date of Original Judgment: December 7, 2009<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | David M. Porter<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  84  months **is reduced to**  65 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  December 7, 2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12/8/2011          /s/ Anthony W. Ishii
                                *Judge's signature*

Effective Date:                 United States District Judge
*(if different from order date)*   *Printed name and title*